THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAJOR GREEN, Appellant.

Argued June 3, 1937; decided July 13, 1937.

*Charles Pope Caldwell, Richard J. Barry* and *Henry P. Lipscomb* for appellant.

*Charles P. Sullivan, District Attorney (John H. W. Krogmann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.